# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA 3-2-20

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Humberto Vasquez-Carreto, | ) Case No. 20-8076MJ |
| a.k.a.: Jose Humberto Vasquez Carreto, | ) |
| (A077 793 644) | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 2, 2020, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Humberto Vasquez-Carreto, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about January 11, 2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Stuart J. Zander

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jaime Galvez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 3, 2020

_____
*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Jaime Galvez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer, with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On March 2, 2020, while investigating a previously removed alien and convicted felon, the Phoenix Fugitive Operations Team encountered Jose Humberto Vasquez-Carreto, after conducting a vehicle stop near 2025 West Indian School Road, in Phoenix, Arizona. At the scene, ICE officers determined Vasquez-Carreto to be a citizen of Guatemala, illegally present in the United States. On the same date, Vasquez-Carreto was transported to the Phoenix ICE office for further investigation and processing. Vasquez-Carreto was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Humberto Vasquez-Carreto to be a citizen of Guatemala and a previously deported alien. Vasquez-Carreto was removed from the United States to Guatemala through Mesa, Arizona, on or about January 11, 2019, pursuant to the reinstatement of a prior removal order issued by an immigration judge. There is no record of Vasquez-Carreto in any Department of Homeland Security

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Vasquez-Carreto's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Humberto Vasquez-Carreto was convicted of Aggravated Driving Under the Influence, a felony offense, on December 14, 2011, in the Superior Court of Arizona, Maricopa County. Vasquez-Carreto was sentenced to six (6) months of incarceration and two (2) years of probation. Vasquez-Carreto's criminal history was matched to him by electronic fingerprint comparison.

5. On March 2, 2020, Jose Humberto Vasquez-Carreto was advised of his constitutional rights. Vasquez-Carreto freely and willingly acknowledged his rights and agreed to provide a statement under oath. Vasquez-Carreto stated that his true and complete name is "Jose Humberto Vasquez Carreto," and that he is a citizen of Guatemala. Vasquez-Carreto also stated that he entered the United States on "30 mayo 2019," through "Nogalez." Vasquez-Carreto further stated that he had been removed from the United States to Guatemala and had not received permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about March 2, 2020, Jose Humberto Vasquez-Carreto, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at or near Mesa, Arizona, on or about January 11, 2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) enhanced by (b)(1).

Jaime Galvez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 3rd day of March, 2020.

John Z. Boyle,
United States Magistrate Judge